Entered and
served 6/3/02
cm

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
JUN 3 2002
AT_____O'CLOCK___M
LAWRENCE K. BAERMAN, Clerk
UTICA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

******************************************

| | |
|---|---|
| IN THE MATTER OF LIEN # 0002019263 FILED AUGUST 29, 2000 AGAINST CHRISTOPHER DRONEY BY KENNETH SPEIGHT | **ORDER**<br><br>Misc. # _____ |

******************************************

This Court, having considered evidence in connection with the criminal prosecution of Kenneth Eugene Speight, 01-CR-102 (NDNY), has determined that Connecticut Lien # 0002019263 (attached) filed against Christopher Droney in the Office of the Connecticut Secretary of State on or about August 29, 2000 was false and fraudulent. The Court thereby orders that the Connecticut Secretary of State forthwith terminate and expunge Lien # 0002019263.

**IT IS SO ORDERED.**

Dated:   June __3__, 2002
         Utica, N. Y.

_____
Hon. David N. Hurd
United States District Judge

**FORM UCC-1 / UNIFORM COMMERCIAL CODE / FINANCING STATEMENT / STATE OF CONNECTICUT / REV. 10/97**
PLEASE TYPE OR PRINT - SEE REVERSE SIDE FOR COMPLETE INSTRUCTION

| SPACE FOR OFFICE USE ONLY WORK ORDER NUMBER | |
|---|---|
| 2-134145 | FILING #0002019263 PG 01 OF 06 VOL U-00190 FILED 08/29/2000 03:30 PM PAGE 03032 SECRETARY OF THE STATE CONNECTICUT SECRETARY OF THE STATE |

**1. SPECIAL DEBTOR/COLLATERAL INFORMATION - CHECK AND COMPLETE IF APPLICABLE**

- a. Debtor is a transmitting utility as defined in section 42a-9-402 of the Connecticut General Statutes.
- b. Debtor does not have an interest of record. The name of the owner of such interest is ___
- X c. Products of collateral are claimed and thus covered.
- d. (The Collateral is crops) The below described crops are growing or are to be grown on: (describe the real estate below or on a separate sheet).
- e. (The below goods are to become fixtures) Describe the real estate below or on a separate sheet and file a financing statement on real estate records.
- f. Party named in secured party block is a LESSOR and party named in debtor block is LESSEE.
- g. Party named in secured party block is a CONSIGNOR and party named in debtor block is CONSIGNEE.

**2. DEBTOR'S EXACT LEGAL NAME**

| | LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | S.S. NUMBER |
|---|---|---|---|---|---|
| IF INDIVIDUAL | DRONEY | CHRISTOPHER | F. | | |
| IF BUSINESS | NAME dba CHRISTOPHER F. DRONEY, USDJ | | | TAXPAYER I.D. # | |

| MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| 450 Main Street | Hartford | CT | US | 06103 |

**3. SECURED PARTY'S FULL LEGAL NAME**

| | LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | S.S. NUMBER |
|---|---|---|---|---|---|
| IF INDIVIDUAL | Speight | Kenneth | Eugene | | n-a |
| IF BUSINESS | NAME | | | TAXPAYER I.D. # | |

| MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| c/o P.O. Box 4557 | Hartford | Conn. | USA | near 06147 |

**4. (IF APPLICABLE) ASSIGNEE'S FULL LEGAL NAME** [blank]

**5. THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES (or items) OF PROPERTY (Describe):** See attachments SECURITY AGREEMENT, and All personal judgements, One Billion, Twelve Million (1,012,000,000.00) Dollars of the United States, lawful Money, and whether personally owned or in trust, any and all licenses and the profits from their use, surety bonds, fingerprints, birth certificates, insurance, public and private trusts, the name Christopher F. Droney, or any genus, whether use as fictitious person or the natural man, and the Signatures of each, savings accounts, bank accounts, personal and private property, assignment of all stocks, bonds, certificates of deposits, all retirement accounts (state + federal); all inheritance; all payments while in public office and payments received while out of public office; all income, all inventory, all credit cards, all wages, salaries and fees, until full accord and satisfaction has been given to the Secured Party (Paid in Full). PROPERTY EXCLUDED: Wedding Rings, Family Pictures.

Non-Standard Non-Negotiable (non-federal form).

NUMBER OF ADDITIONAL SHEETS PRESENTED __5__

CHRISTOPHER F. DRONEY UCC 3-419
set by accommodation/surety/guarantor
UCC 1-207 "without prejudice" "without recourse"
CHRISTOPHER F. DRONEY By: [signature] UCC 1-207
SIGNATURE OF DEBTOR (or Assignor)   1-207

Kenneth Eugene Speight
"without prejudice" UCC 1-207
[signature]
SIGNATURE OF SECURED PARTY (or Assignee)